IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY | ) |
| Plaintiff, | ) ) ) Case No.: 10CV06061-HFS |
| vs. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA and NORTHLAND INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Comes now Mimi E. Doherty of the law firm of Deacy and Deacy, LLP, 920 Main Street, Suite 1900, Kansas City, Missouri 64105-2010, email med@deacylaw.com, and enters her appearance as counsel for defendant Northland Insurance Company and requests that copies of all pleadings and papers in this action be served upon her.

DEACY & DEACY, LLP

\s\ Mimi E. Doherty
Dale L. Beckerman, #26937
Mimi E. Doherty,    #35091
920 Main Street, Suite 1900
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
ATTORNEYS FOR DEFENDANT
NORTHLAND INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Daniel N. Allmayer, Esq.
Allmayer & Associates
1401 Bryant Building
1102 Grand Boulevard
Kansas City, Missouri 64106

Nathan M. Rymer, Esq.
Laura W. Slay, Esq.
Rymer, Moore, Jackson & Echols
2801 Post Oak Boulevard
Houston, Texas 77056
ATTORNEYS FOR PLAINTIFF

/s/ Mimi E. Doherty
Attorney for Defendant
Northland Insurance Company

2